MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
CHANA BITON and SASSON BITON,    :

              Plaintiffs,    :    STIPULATION AND ORDER OF
                                SETTLEMENT AND DISMISSAL
        - v -    :
                                07 Civ. 2992 (NRB)
MICHAEL CHERTOFF, et al.,    :

              Defendants.    :
---------------------------------------------------------x

      WHEREAS, United States Citizenship and Immigration Services has approved plaintiffs' applications for adjustment of immigration status;

      IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:    New York, New York
          September ___, 2007

                                                                   _____
                                                                   CHANA BITON.

                                                                   _____
                                                                   SASSON BITON
                                                                   Plaintiffs Pro Se
                                                                   37-80 228 Street
                                                                   Bayside, NY 11364
                                                                   Tel. No.: (718) _____

Dated:    New York, New York
          ~~September~~ Oct 2?, 2007

                                                                   MICHAEL J. GARCIA
                                                                   United States Attorney for the
                                                                   Southern District of New York
                                                                   Attorney for Defendants

                                               By:    _____
                                                                   F. JAMES LOPREST, JR.
                                                                   Special Assistant United States Attorney
                                                                   86 Chambers Street, 4th Floor
                                                                   New York, NY 10007
                                                                   Tel. No.: (212) 637-2728

SO ORDERED:

_____
HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE    10/30/07